UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

COLLEEN and WILLIAM WILEY,

    Plaintiffs,

    v.                                    Case No. 10-cv-871-JPG

ENTERPRISE LEASING COMPANY,
*a Florida Corporation, et al.*,

    Defendants.

**MEMORANDUM AND ORDER**

    This matter comes before the Court on its own initiative for purposes of case management. Specifically, the Court is concerned with Plaintiffs' failure to respond to Defendants' Motion to Dismiss (Doc. 20) and Memorandum in Support (Doc. 21) thereof.

    Pursuant to Local Rule 7.1(c), Plaintiffs' response was due thirty days after said motion was served, but thirty days have passed and Plaintiffs have not responded.  The Court may, in its discretion, construe a party's failure to file a timely response as an admission of the merits of the motion.  S.D. Ill. L. R. 7.1(c).

    Being fully advised of the premises, the Court hereby **ORDERS** Plaintiffs to **SHOW CAUSE** on or before **February 11, 2011**, why the Court should not construe their failure to timely respond to Defendants' dismissal motion as an admission of its merits and grant the relief sought accordingly.

**IT IS SO ORDERED.**
**DATED: January 24, 2011**

                                           s/ J. Phil Gilbert
                                         **J. PHIL GILBERT**
                                         **DISTRICT JUDGE**

1